IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JASON TUCKER,

    Plaintiff,

v.                                         Case No.  1:20cv125-MW/GRJ

ELIZABETH MARIE TIMOTHY,

    Defendant.

_____/

### ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** *sua sponte* as frivolous without leave to amend." The Clerk shall also close the file.

**SO ORDERED on July 24, 2020.**

                                              s/ MARK E. WALKER
                                              **Chief United States District Judge**